1  FRANK C. GILMORE, ESQ.
   State Bar No. 10052
2  ROBISON, BELAUSTEGUI, SHARP & LOW
   71 Washington Street
3  Reno, NV  89503
   Telephone:  (775) 329-3151
4  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **STRICT SCRUTINY MEDIA, CO.**, a Nevada Corporation. | Case No.: 3:16-cv-00734 |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND** |
| vs. | [First Request] |
| **THE CITY OF RENO,** a municipal corporation, | |
| Defendant. | |

STRICT SCRUTINY MEDIA, CO. ("Plaintiff"), by and through its attorneys of record, and Defendant THE CITY OF RENO'S ("City" or "Reno"), by and through its attorneys of record, do hereby stipulate and agree that Plaintiff may have an additional time within which to respond to the City's Opposition to the Motion for Preliminary Injunction (Doc#12).  Plaintiff's counsel is ill and is not able to complete the Plaintiff's response within the time currently scheduled.  Therefore, the parties respectfully request an extension to Friday, February 3, 2017 within which for Plaintiff to respond to the City's Opposition to Motion for Preliminary Injunction.  No prejudice will be had by Defendant if the extension is granted and this extension is not requested for purposes of delay.

DATED: This 26th day of January, 2017.

    ROBISON, BELAUSTEGUI, SHARP & LOW
    A Professional Corporation
    71 Washington Street
    Reno, Nevada 89503

    /s/  Frank C. Gilmore
    FRANK C. GILMORE - NV Bar #10052
    Attorneys for Plaintiff

DATED: This 26th day of January, 2017.

    CITY OF RENO
    Post Office Box 1900
    Reno, NV 89505

    /s/ Chandeni K. Sendall
    KARL S. HALL
    Reno City Attorney
    CHANDENI K. SENDALL
    Deputy City Attorney
    Nevada State Bar No. 12750
    Attorney for Defendant City of Reno

IT IS SO ORDERED, that Plaintiff may have until Friday, February 3, 2017, within which to file its response to the City's Opposition to the Motion for Preliminary Injunction.

Dated this 26th day of January, 2017.

_____
DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Robison, Belaustegui, Sharp & Low, and that on this date I caused to be served a true copy of the **STIPULATION AND ORDER FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND** [First Request] on all parties to this action by the method(s) indicated below:

____ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

> Karl S. Hall, Esq.
> Reno City Attorney
> Chandeni K. Sendall
> Deputy City Attorney
> Post Office Box 1900
> Reno, Nevada 89505

__✓__ by using the Court's CM/ECF Electronic Notification System addressed to:

> Karl S. Hall, Esq.
> Chandeni K. Sendall, Esq.
> scendallc@reno.gov

____ by placing an original or true copy thereof in a sealed envelope for personal delivery/hand delivery of original addressed to:

> Karl S. Hall, Esq.
> Reno City Attorney
> Chandeni K. Sendall
> Deputy City Attorney
> One East First Street
> Reno, Nevada 89501

____ by facsimile (fax) addressed to:

____ by Federal Express/UPS or other overnight delivery addressed to:

DATED: This 26th day of January, 2017.

*/s/ Mary Carroll Davis*