1  FRANK C. GILMORE, ESQ.
   State Bar No. 10052
2  ROBISON, SHARP, SULLIVAN & BRUST
   71 Washington Street
3  Reno, NV  89503
   Telephone:  (775) 329-3151

Attorney for Plaintiff STRICT
SCRUTINY MEDIA, CO.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STRICT SCRUTINY MEDIA, CO., a Nevada Corporation; INDEPENDENT ORDER OF ODD FELLOWS RENO LODGE #14/MOUNTAIN VIEW CEMETERY, a Nevada non-profit corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF RENO, a municipal corporation,<br><br>　　　　　　Defendant. | Case No.: 3:16-cv-00734-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND**<br>[First Request] |

STRICT SCRUTINY MEDIA, CO. ("SSM"), by and through its attorneys of record, and Defendant THE CITY OF RENO ("City" or "Reno"), by and through its attorneys of record, do hereby stipulate and agree that SSM may have an additional time within which to respond to the City's Motion for Summary Judgment (Doc#70).  Plaintiff's counsel is out of town attending depositions, and is preparing for trial the week of June 25, 2018, and is not able to complete the SSM's response within the time currently scheduled.

1

Therefore, the parties respectfully request an extension to Monday, July 2, 2018, within which to allow SSM to respond to the City's Motion for Summary Judgment. No prejudice will be had by the City if the extension is granted and this extension is not requested for purposes of delay.

DATED: This __19th__ day of June, 2018.

>ROBISON, SHARP, SULLIVAN & BRUST
>A Professional Corporation
>71 Washington Street
>Reno, Nevada 89503
>
>/s/    Frank C. Gilmore
>FRANK C. GILMORE - NV Bar #10052
>Attorneys for Plaintiff, Strict Scrutiny Media, Co.

DATED: This __19th__ day of June, 2018.

>CITY OF RENO
>Post Office Box 1900
>Reno, NV 89505
>
>/s/ Chandeni K. Sendall
>KARL S. HALL
>Reno City Attorney
>CHANDENI K. SENDALL
>Deputy City Attorney
>Nevada State Bar No. 12750
>Attorney for Defendant City of Reno

IT IS SO ORDERED, that SSM may have until Monday, July 2, 2018, within which to file its response to the City's Motion for Summary Judgment.

Dated this __20th__ day of June, 2018.

_____
DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Robison, Sharp, Sullivan & Brust, and that on this date I caused to be served a true copy of **STIPULATION AND ORDER FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND [First Request]** on all parties to this action by the method(s) indicated below:

____ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

Karl S. Hall, Esq.
Reno City Attorney
Chandeni K. Sendall
Deputy City Attorney
Jonathan D. Shipman
Deputy City Attorney
Post Office Box 1900
Reno, Nevada 89505

Donald K. Coppa, Esq.
528 S. Arlington Ave,
Reno, Nevada 89509

✓ by using the Court's CM/ECF Electronic Notification System addressed to:

Karl S. Hall, Esq.
Chandeni K. Sendall, Esq.
sendallc@reno.gov
Jonathan D. Shipman, Esq.
shipmanj@reno.gov

Donald K. Coppa, Esq.
don@donaldkcoppa.com

____ by placing an original or true copy thereof in a sealed envelope for personal delivery/hand delivery of original addressed to:

Karl S. Hall, Esq.
Reno City Attorney
Chandeni K. Sendall
Deputy City Attorney
Jonathan D. Shipman
Deputy City Attorney
One East First Street
Reno, Nevada 89501

Donald K. Coppa, Esq.
528 S. Arlington Ave,
Reno, Nevada 89509

____ by facsimile (fax) addressed to:

____ by Federal Express/UPS or other overnight delivery addressed to:

DATED: This 19th day of June, 2018.

/s/ Mary Carroll Davis
Employee of Robison, Sharp, Sullivan & Brust

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151